DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM KENNETH MANN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1259
_____

August 23, 2024

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

_____


Opinion subject to revision prior to official publication.